UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Raymond A. Stankunas

       v.                        06-cv-44-SM

Joseph Statkus, Franklin P. Sylvia,
Nan McCarthy and Emerald Lake Village District

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 21, 2006 for the reasons set forth therein, no objection having been filed. Plaintiff's Motion for Temporary Restraining Order (document no. 2) is hereby denied without prejudice.

    SO ORDERED.

April  4 , 2006

                                        Steven J. McAuliffe
                                        Chief Judge

cc:    Raymond A. Stankunas, pro se