UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Raymond A. Stankunas</u>

        v.          06-cv-44-SM

<u>Joseph Statkus, et al.</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 15, 2006, for the reasons set forth therein, no objection having been filed. Plaintiff's motion for preliminary injunction is hereby denied. Plaintiff's complaint is hereby dismissed for lack of subject matter jurisdiction.

SO ORDERED.

June 13, 2006

_____
Steven J. McAuliffe
Chief Judge

cc: Raymond Stankunas, Esq.
    Marie M. McPartlin, Esq.
    R. Matthew Cairns, Esq.